IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cr-00698 |
| | ) | Magistrate Judge McShain |
| | ) | |
| Marcus Beam, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Initial appearance and arraignment held on 01/27/2021. Following the issuance of a bench warrant [41], Defendant appears following deportation from foreign country and return to U.S. custody on 01/27/2021. By consent and agreement of all the parties and pursuant to the CARES Act, all parties appear by telephone. Retained counsel Jeffrey Steinback appears on behalf of the Defendant. Attorney Mary Judge's motion to withdraw as attorney [70] is granted. The Clerk of the Court is hereby requested to terminate the appearance of Mary Judge. Pursuant to Fed. R. Crim. P 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of non-disclosure. For further details, please see the attached written order. Defendant informed of his rights. Defendant acknowledges receipt of the Indictment, waives formal reading, and enters a plea of not guilty to all counts. Rule 16.1(a) conference to be held by 02/03/2021. Pretrial motions due 02/10/2021. Response due 02/17/21. Telephonic status hearing before Judge Pacold set for 02/18/2021 at 10:30 a.m. The Government's unopposed oral motion to exclude time is granted. The time from 01/27/2021 through 02/18/2021, is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Government's oral motion for pretrial detention is granted. Defendant waived his right to a detention hearing. Defendant's waiver is without prejudice and he may move at a later time for pretrial release on conditions.

Defendant is remanded to the custody of the U.S. Marshal until further order of the Court.
T00:20

_____
HEATHER K. McSHAIN
United States Magistrate Judge

DATE: January 27, 2021